**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America,

        v.                             Criminal No. 10-733  (KSH)

Abdelaziz Abdallah,

              Defendant.                      **ORDER**

Defendant has applied to the Court for permission to make an extended visit to Palestine. Because no compelling circumstances have been provided to support such a lengthy interruption in his term of supervised release, the request is denied.

                                      /s/  Katharine S. Hayden
                                      KATHARINE S. HAYDEN
                                      United States District Judge